# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Prince,<br><br>          Plaintiff,<br><br>     v.<br><br>Prudential Insurance Company of America, Microsoft Corporation, Microsoft Corporation Employee Disability Plan,<br><br>          Defendants. | Case No. 2:10-CV-02607-RJB<br><br>**ORDER** |

Pursuant to stipulation and good cause appearing,

**IT IS ORDERED** that the above-captioned lawsuit is dismissed with prejudice.  Each party will bear its own attorneys' fees and costs.

Dated this 1st day of August, 2011.

_____

ROBERT J. BRYAN
United States District Judge

-1-